RECEIVED
SEP 2 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANAT V. SANGHANI, MD, LLC, Plaintiff | CIVIL ACTION NO. 1:15-CV-02887 |
| VERSUS | CHIEF JUDGE DRELL |
| UNITED HEALTHCARE SERVICES, INC. Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Motion to Dismiss or, in the Alternative, For Summary Judgment (Doc. 10) filed by Defendant, United Healthcare Services, Inc., be GRANTED, and that Plaintiff's claim under La. R.S. 22:1821 be DISMISSED WITH PREJUDICE as preempted.

IT IS FURTHER ORDERED that the Motion for Leave to Amend Complaint (Doc. 15) filed by Plaintiff, Sanat V. Sanghani, MD, LLC be GRANTED, and that Plaintiff's proposed Amended Complaint (Doc. 15-1) be filed into the record.

THUS ORDERED AND SIGNED in Alexandria, Louisiana, on this 25 day of September, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT